

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH CONNOLLY,

               Plaintiff,

      v.

D. K. SISTO, Warden,

               Defendant.

_____/

**CV 08 2797**

CASE NO.

**E-filing**

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

**RMW**

**(PR)**

    I, __Michael J. Connolly_____, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes __XX__  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __None_____    Net: _____

Employer: __California Department of Corrections and Rehabilitation_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or    Yes ___  No __XX__
        self employment

    b.    Income from stocks, bonds,    Yes ___  No __XX__
        or royalties?

1

c.    Rent payments?             Yes ___ No <u>XX</u>

d.    Pensions, annuities, or      Yes ___ No <u>XX</u>
life insurance payments?

e.    Federal or State welfare payments,   Yes ___ No<u>XX</u>
Social Security or other govern-
ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?   Yes ___ No <u>XX</u>

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:

$ _____

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

None
_____

_____

5.    Do you own or are you buying a home?  Yes ___ No<u>XX</u>

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?  Yes ___ No <u>XX</u>

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

2

Monthly Payment: $ _____

7.    Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No XX

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ___  No XX  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No XX

_____

8.    What are your monthly expenses?

Rent: $ __Not applicable_____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Total Owed On Monthly Payment | This Account |
|---|---|---|
| None | $ _____ | $ _____ |
|  | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

Restitution fine: $220.00; Victim restitution: $2,494.32 (payable to the

Restitution Fund.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 18, 2008
_____
DATE

_Michael Connolly_
_____
SIGNATURE OF APPLICANT