FILED

08 JUN 26 PM 12: 34

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2797

Plaintiff,

CASE NO. _____

vs.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

Defendant.

I, Michael J. Connolly, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  1977  $400.00  HIGHLAND DELL RESTURANT, MONTE RIO, CA.
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or                    Yes ___ No X
10          self employment

11     b.   Income from stocks, bonds,                 Yes ___ No X
12          or royalties?

13     c.   Rent payments?                             Yes ___ No X

14     d.   Pensions, annuities, or                    Yes ___ No X
15          life insurance payments?

16     e.   Federal or State welfare payments,         Yes ___ No X
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                             Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

| | | |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). |

_____

_____

5. Do you own or are you buying a home?    Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ____ No _X_

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___  No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-14-08                    *Michael J. Connolly*
DATE                       SIGNATURE OF APPLICANT

1
2                                                        Case Number: _____
3
4
5
6
7
8                              CERTIFICATE OF FUNDS
9                                        IN
10                              PRISONER'S ACCOUNT
11
12     I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of __Michael Joseph Connolly__ for the last six months at
14                                        [prisoner name]
15 __California State Prison - Solano__ where (s)he is confined.
16           [name of institution]
17     I further certify that the average deposits each month to this prisoner's account for the most
18 recent 6-month period were $ __∅__ and the average balance in the prisoner's account
19 each month for the most recent 6-month period was $__46.26__.
20
21 Dated: __6/2/08__                    __Tonesa Ayers, Accounting Tech.__
22                                        [Authorized officer of the institution]
23
24
25
26
27
28

MAY 3       MAY 3 0 2008

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 06/02/08
                                                                                     PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA STATE PRISON SOLANO
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: DEC. 02, 2007 THRU JUN. 02, 2008

ACCOUNT NUMBER   : P52999                              BED/CELL NUMBER: S101T200000217U
ACCOUNT NAME     : CONNOLLY, MICHAEL JOSEPH            ACCOUNT TYPE:    I
PRIVILEGE GROUP: A

                           TRUST ACCOUNT ACTIVITY

   DATE    TRAN
           CODE  DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE

12/02/2007       BEGINNING BALANCE                                                    67.00
ACTIVITY FOR 2008
02/20  FC01  DRAW-FAC 1       3024-MKUP                              20.00           47.00
02/24  FR01  CANTEEN RETUR    703506                    20.00-                       67.00
03/25  FC01  DRAW-FAC 1       3541-MKUP                               45.00          22.00
03/25  FR01  CANTEEN RETUR    703842                    45.00-                       67.00
03/22  FR01  CANTEEN RETUR    703842                     1.99                        65.01
04/25  W502  POSTAGE CHARG    3885-POST                               1.48           63.53
04/25  W502  POSTAGE CHARG    3885-POST                               2.16           61.37
04/25  W502  POSTAGE CHARG    3885-POST                               1.82           59.55
04/25  W502  POSTAGE CHARG    3885-POST                               5.00           54.55
05/12  W536  COPAY CHARGE     4151-04/28                                             54.55
05/20  FC01  DRAW-FAC 1       4249- MKUP                              54.55           0.00

                           TRUST ACCOUNT SUMMARY

   BEGINNING          TOTAL            TOTAL          CURRENT         HOLDS        TRANSACTIONS
   BALANCE           DEPOSITS        WITHDRAWALS      BALANCE         BALANCE      TO BE POSTED
   ---------         --------        -----------      -------         -------      ------------
     67.00             0.00             67.00           0.00           0.00            0.00

                                                                           CURRENT
                                                                          AVAILABLE
                                                                          BALANCE
                                                                          -------
                                                                            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY



