*E-FILED - 12/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JOSEPH CONNOLLY, | ) | No. C 08-2797 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S REQUEST |
| v. | ) ) | FOR A 60-DAY ENLARGEMENT OF TIME |
| D. K. SISTO, Warden, | ) ) | (Docket No. 36) |
| Respondent. | ) ) ) | |

Good cause appearing, petitioner is hereby granted an extension of time in which to file a reply to respondent's answer to the court's order to show cause. Petitioner's reply shall be filed on or before 60-days from the filing date of this order. No further extensions will be favored.

This order terminates docket no. 36.

IT IS SO ORDERED.

DATED: 12/12/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Request for a 60-Day Enlargement of Time
P:\PRO-SE\SJ.Rmw\HC.08\Connolly797eot.wpd        1