*E-FILED - 8/25/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JOSEPH CONNOLLY, | ) | No. C 08-2797 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME |
| v. | ) ) | |
| D. K. SISTO, Warden, | ) ) | (Docket No. 6) |
| Respondent. | ) ) ) | |

On October 14, 2008, respondent requested a 30-day extension of time to file an answer. On November 13, 2008, respondent filed his answer and accompanying exhibits. Good cause appearing, the court grants respondent's application for enlargement of time. Respondent's answer is deemed timely filed.

This order terminates docket no. 6.

IT IS SO ORDERED.

DATED: 8/24/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Respondent's Application for Enlargement of Time
P:\PRO-SE\SJ.Rmw\HC.08\Connolly797eot1.wpd       1